# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**UNITED STATES OF AMERICA**

v.                                  4:11-CR-00175-01-BRW

**DAVY JOE PIERCE**

## ORDER

Pending is Defendant's unopposed Motion to Amend Judgment in Criminal Case (Doc. No. 13).

On August 24, 2011, Defendant pled guilty to a one-count Information charging him with a violation of 18 U.S.C. § 1341. During Defendant's December 21, 2011 sentencing, Defendant asked me to recommend a minimum security Bureau of Prisons facility near Little Rock, Arkansas -- which I did. The judgment entered, however, is silent as to a recommendation.[1]

Defendant asks that the judgment be amended to reflect not only the recommendation I made at sentencing, but a more specific recommendation -- the Federal Prison Camp at either Bryant, Texas; Montgomery, Alabama; or Memphis, Tennessee. If no Federal Prison Camp is available, Defendant asks that I recommend a low security unit at Forrest City, Arkansas, or Texarkana, Texas. The Government does not object to Defendant's request. Accordingly, Defendant's motion is GRANTED. An amended judgment will be entered.

IT IS SO ORDERED this 28th day of December, 2011.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 11.